No. 172.   KAUFMAN ET AL. *v.* SOCIETE INTERNATIONALE POUR PARTICIPATIONS INDUSTRIELLES ET COMMERCIALES, S. A., ET AL.; and
No. 178.   UEBERSEE FINANZ-KORPORATION, A. G., *v.* McGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.   United States Court of Appeals

for the District of Columbia Circuit. Certiorari granted.
MR. JUSTICE CLARK took no part in the consideration or
decision of these applications. *William Radner, Odell
Kominers* and *Henry G. Fischer* for petitioners in No.
172. *Thurman Arnold, Edward J. Ennis* and *Harry M.
Plotkin* for petitioner in No. 178. *Solicitor General Perl-
man, Assistant Attorney General Baynton* and *George B.
Searls* for McGrath et al., respondents in No. 172 and
McGrath, respondent in No. 178, and with them were
*David Schwartz* and *Sidney B. Jacoby* in No. 172 and
*James L. Morrisson, Myron C. Baum* and *Joseph Laufer*
in No. 178. *Roger J. Whiteford* and *John J. Wilson* for
Societe Internationale pour Participations Industrielles
et Commerciales, S. A.; and *William P. MacCracken, Jr.,
Urban A. Lavery* and *William W. Barron* for Remington
Rand, Inc., respondents in No. 172.